# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANTJUAN L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-13-1064-D |
| | ) | |
| CITY OF OKLAHOMA CITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CITY'S OBJECTIONS TO
## PLAINTIFF'S WITNESS AND EXHIBIT LIST

COMES NOW a defendant, the City of Oklahoma City, and for its objections to

Plaintiff's Witness and Exhibit List states as follows:

Witnesses:

| Witness | Objection |
|---|---|
| 6. Jeff Trevillion, Jr. | Relevancy, FRE 401, 402, 403. |
| 7. Any police personnel involved in the investigation of the citizens' complaints | Relevancy, FRE 401, 402, 403; Not sufficient identified |
| 8. Any police personnel present at the scene of the subject incident. | Not sufficiently identified. |
| 10. All of Plaintiff's medical providers | Not sufficiently identified. |

Exhibits:

| Exhibit | Objection |
|---|---|
| 6. All notes and records related to the investigation of the citizen's complaint. | Not sufficiently identified; Relevancy, FRE 401, 402, 403. |
| 8. Plaintiff's relevant medical records and reports. | Objection reserved pending production of the documents. |
| 11. Related probable cause affidavit | Not sufficiently identified; Relevancy, FRE |

| | 401, 402, 403 |
|---|---|
| 12. Published news articles related to bounty hunters operating in Oklahoma County | Relevancy, FRE 401, 402, 403; Hearsay, FRE 801, 802. |
| 13. Relevant sections of Oklahoma City Municipal Code | Not sufficiently identified. |
| 14. Statistical and related information regarding IWOP incidents, arrests, and prosecutions. | Relevancy, FRE 401, 402, 403; Authentication, 901 |

Respectfully submitted,

KENNETH JORDAN
Municipal Counselor

/s/ Jennifer M. Warren
Richard C. Smith, OBA #8397
Jennifer M. Warren, OBA# 30284
Assistant Municipal Counselors
200 North Walker, Suite 400
Oklahoma City, Oklahoma  73102
(405) 297-2451 Fax: (405) 297-3851
Jennifer.Warren@okc.gov
Attorneys for Defendant City

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2014, I electronically transmitted the attached Objections to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following ECF registrants: Nathan H. Harper, info@nathanharper.com, Attorney for Plaintiff; and Susan Ann Knight, susanannknight@gmail.com, Attorney for Defendants Vetter, Sorrels, Mock and McClain.

/s/ Jennifer M. Warren
Assistant Municipal Counselor