# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTJUAN L. MARTIN,                              )
                                                )
                              Plaintiff,         )
                                                )
v.                                              )        Case No. CIV-13-1064-D
                                                )
CITY OF OKLAHOMA CITY, *et al.*,                )
                                                )
                              Defendants.        )

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Modify Scheduling Order and for Extension of Time for Discovery [Doc. No. 32], the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the unexpired deadlines set by the Scheduling Order are extended by 120 days as follows:

Discovery to be completed by April 6, 2015;

All dispositive and *Daubert* motions to be filed by March 5, 2015;

Trial submissions (designations of deposition testimony, motions in limine, requested voir dire, trial briefs, requested jury instructions, and the Final Pretrial Report) to be filed by April 28, 2015.[1]

Trial docket  To Be Set.

---

[1] If a summary judgment motion is filed, the parties may move to defer the filing of trial submissions until the Court issues a summary judgment ruling.

Unless otherwise ordered, all other provisions of the original Scheduling Order entered March 4, 2014, remain in effect.

IT IS SO ORDERED this 4th day of November, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE