IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) ANTJUAN L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CIV-13-1064-D |
| v. | ) | |
| | ) | |
| (1) CITY OF OKLAHOMA CITY, | ) | |
| (2) BILL VETTER, | ) | |
| (3) RYAN SORRELS, | ) | |
| (4) RUSSELL MOCK, | ) | |
| (5) JACOB MCCLAIN, | ) | |
| (6) WILLIAM CITTY, | ) | |
| | ) | |
| Defendants. | ) | |

## OBJECTIONS OF DEFENDANTS, OKLAHOMA CITY POLICE LIEUTENANT BILL VETTER, LIEUTENANT RYAN SORRELS, SERGEANT RUSSELL MOCK AND SERGEANT JACOB MCCLAIN TO DEFENDANT CITY OF OKLAHOMA CITY'S EXHIBIT LIST

COME NOW the defendants, Oklahoma City Police Lieutenant Bill Vetter, Lieutenant Ryan Sorrels, Sergeant Russell Mock and Sergeant Jacob McClain, and object to defendant City of Oklahoma City's exhibit list as follows:

### OBJECTIONS TO EXHIBITS

| No. | Exhibit | Objection |
|---|---|---|
| 7 | Plaintiff's medical records | Objections reserved pending plaintiff's production of those medical records. |

| 9 | Video recording of incident | Lack of authenticating or identifying evidence, FRE 901; further, the referenced video, as produced by plaintiff to these defendants, fails to record the entire incident at issue in this lawsuit; original photograph (videotape is included in the definition of photograph) required, FRE 1002 |
|---|---|---|
| 11 | Relevant OCPD Policies, Procedures, Rules and Training | Relevancy; FRE 401, 402, 403 (violation of police regulation is insufficient to state a claim alleging a constitutional violation, *i.e.*, excessive force). *Romero v. Board of County Commissioners*, 60 F.3d 702, 705 (10th Cir. 1995)) |

Respectfully submitted,

/s/ Susan Ann Knight
Susan Ann Knight, OBA #14594
Stacey Haws Felkner, OBA #14737
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile: (405)235-5247
Oklahoma City Police Lieutenant Bill Vetter, Lieutenant Ryan Sorrels, Sergeant Russell Mock and Sergeant Jacob McClain

## CERTIFICATE OF MAILING

  This is to certify that on this 4th day of November, 2014, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Nathan H. Harper
4901 W. Reno, #270041
Oklahoma City, OK 73137

Richard C. Smith
Jennifer Warren
Municipal Counselor's Office
200 North Walker
Oklahoma City, OK 73102

                /s/ Susan Ann Knight
                Susan Ann Knight