## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **(1) ANTJUAN L. MARTIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. CIV-13-1064-D** |
| v. | ) | |
| | ) | |
| **(1) CITY OF OKLAHOMA CITY,** | ) | |
| **(2) BILL VETTER,** | ) | |
| **(3) RYAN SORRELS,** | ) | |
| **(4) RUSSELL MOCK,** | ) | |
| **(5) JACOB MCCLAIN,** | ) | |
| **(6) WILLIAM CITTY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DEPOSITIONS

Notice is hereby given that the Defendants, Oklahoma City Police Officers Bill Vetter,

Ryan Sorrels, Russell Mock and Jacob McClain, will take the depositions upon oral

examination of the following witnesses at the time and place hereinafter set forth:

> **Christopher Ross**, at 10:00 a.m. on Tuesday, February 17, 2015, at the offices of Manchester & Knight, P.L.L.C., One Leadership Square, Suite 800, 211 N. Robinson, Oklahoma City, OK 73102

> **Joyce Nicole Hagar**, at 3:00 p.m. on Tuesday, February 17, 2015, at the offices of Manchester & Knight, P.L.L.C., One Leadership Square, Suite 800, 211 N. Robinson, Oklahoma City, OK 73102

to be used as evidence in the trial of the above cause, to be taken before a certified reporter.

The taking of these depositions may be adjourned and continued from day to day at the same

place and between the same hours until they are completed.

Respectfully submitted,

/s/ Susan Ann Knight
Susan Ann Knight, OBA #14594
Stacey Haws Felkner, OBA #14737
Manchester & Knight, PLLC
One Leadership Square, Suite 800 N
211 North Robinson
Oklahoma City, Oklahoma, 73102
Telephone: (405)235-4671
Facsimile:  (405)235-5247
Attorney for Defendants Oklahoma City Police
Officers Bill Vetter, Ryan Sorrels, Russell Mock
and Jacob McClain

## CERTIFICATE OF MAILING

This is to certify that on this 11th day of December, 2014, a true and correct copy of the above and foregoing was served on the following, who are registered participants of the ECF System:

Nathan H. Harper
4901 W. Reno, #270041
Oklahoma City, OK 73137

Richard C. Smith
Jennifer Warren
Municipal Counselor's Office
200 North Walker
Oklahoma City, OK 73102

/s/ Susan Ann Knight
Susan Ann Knight